the Court of Appeals for Warren County, and the parties shall brief this case in accordance with S.Ct.Prac.R. 6.2–6.4.

**2009–1974.   State v. Dehler.**
Trumbull App. No. 2008–T–0061, 2009-Ohio-5059. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753, and 2008–0991 and 2008–0992, *Chojnacki v. Cordray*, 126 Ohio St.3d 321, 2010-Ohio-3212, 933 N.E.2d 800, and briefing shall proceed on Proposition of Law Nos. IV and V.

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Trumbull County, and the parties shall brief this case in accordance with S.Ct.Prac.R. 6.2–6.4.

Upon consideration of appellant's motion for appointment of counsel,

It is ordered by the court that the motion is granted, and Timothy Young of the Ohio Public Defender's Office is appointed to represent appellant.

LANZINGER, J., not participating.

**2010–0722.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 09–1095–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellee/cross-appellant's motion to consolidate case Nos. 2010–0722 and 2010–1073 and the motion to intervene as appellee by the Office of the Ohio Consumers' Counsel,

It is ordered by the court that the motion to consolidate is denied and the motion to intervene is granted.

**2010–0723.   In re Arrangement between Eramet Marietta, Inc. and Columbus S. Power Co.**
Public Utilities Commission, No. 09–516–EL–AEC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motions of Eramet Marietta, Inc., Industrial Energy Users–Ohio, and Office of the Ohio Consumers' Counsel for leave to intervene as appellees,

It is ordered by the court that the motions are granted.

**2010–1073.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 10–154–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion to consolidate case Nos. 2010–0722 and 2010–1073 and the motion of Columbus Southern Power Company and Ohio Power Company for leave to intervene as appellees,

It is ordered by the court that the motion to consolidate is denied and the motion for leave to intervene is granted.